# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSEPH PRATA, on behalf of himself and
all others similarly-situated,

    Plaintiffs,

v.                                           Case No: 8:15-cv-1556-T-30JSS

AMERICAN IN-LINE INSPECTION
SERVICE, INC.,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion and Stipulation for Approval of FLSA Settlement Agreement and Order Dismissing Action with Prejudice (Dkt. #18).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion and Stipulation for Approval of FLSA Settlement Agreement and Order Dismissing Action with Prejudice (Dkt. #18) is GRANTED.

2.    The settlement agreement is approved.

3.    This case is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of January, 2016.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record